SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.
8000 Sagemore Drive
Suite 8303
Marlton, NJ  08053
856-751-8383 (tele)
856-751-0868 (fax)
ATTORNEYS FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT S. TAYVINSKY and KATHRYN TAYVINSKY,<br><br>                    Plaintiffs,<br><br>     v.<br><br>NEW ENGLAND COMPOUNDING PHARMACY, INC., d/b/a NEW ENGLAND COMPOUNDING CENTER; AMERIDOSE, LLC; ALAUNUS PHARMACEUTICAL, LLC; PREMIER ORTHOPAEDIC AND SPORTS MEDICINE. LLC trading as PREMIER ORTHOPAEDIC ASSOCIATES; SOUTH JERSEY HEALTHCARE; SOUTH JERSEY REGIONAL MEDICAL CENTER; KIMBERLEY YVETTE SMITH, M.D., a/k/a KIMBERLEY YVETTE SMITH-MARTIN, M.D.; JOHN DOE(S) CORPORATIONS (1-4); JOHN DOE(S), M.D. (1-3),<br><br>                    Defendants. | CIVIL ACTION NO.: 1:12-cv-07717 |

**ENTRY OF APPEARANCE**

Kindly enter the appearance of Mary T. Gidaro, Esquire, of the law firm of Saltz, Mongeluzzi, Barrett & Bendesky, P.C., as co-counsel on behalf of Plaintiffs, Robert S. Tayvinsky and Kathryn Tayvinsky, in the above action.

        Respectfully submitted,

        *s/Mary T. Gidaro*
        Michael F. Barrett
        Mary T. Gidaro
        SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.
        8000 Sagemore Drive
        Suite 8303
        Marlton, NJ  08053
        856-751-8383 (tele)

        *Attorneys for Plaintiffs, Robert S. Tayvinsky*
        *And Kathryn Tayvinsky*

Dated:  January 3, 2012

## **CERTIFICATION OF SERVICE**

I, Mary T. Gidaro, hereby certify that on the date listed below I caused to be served a true and correct copy of the foregoing ***ENTRY OF APPEARANCE*** on the following persons via the Court's electronic filing system:

Frederick H. Fern
Steven A. Stadtmauer
David J. Dino
Harris Beach PLLC
One Gateway Center, Suite 2500
Newark, N.J. 07102
*Counsel for Defendants New England Compounding Pharmacy Inc.*
*and Alaunus Pharmaceutical, LLC*

Walter F. Timpone
Walter F. Krzastek
McElroy, Deutsch, Mulvaney & Carpenter, LLP
1300 Mount Kemle Avenue
P.O. Box 2075
Morristown, NJ  07962
*Counsel for Defendant Ameridose, LLC*

Jay J. Blumberg
Law Offices of Jay J. Blumberg, Esq.
158 Delaware Street
P.O. Box 68
Woodbury, NJ  08096
*Counsel for Defendants, Premier Orthopaedic and Sports Medicine Associates of*
*Southern New Jersey, LLC and Kimberly Yvette Smith, M.D.*

Stephen A. Grossman
Montgomery, McCracken, Walker & Rhoads, LLP
Liberty View, 457 Haddonfield Road, Suite 600
Cherry Hill, NJ  08002
*Counsel for Defendants, South Jersey Healthcare*
*and South Jersey Regional Medical   Center*

                *s/ Mary T. Gidaro*
                Mary T. Gidaro

Dated: January 3, 2012