**McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP**
1300 Mount Kemble Avenue
Morristown, New Jersey 07962
Phone:  (973) 993-8100

*Counsel for Defendant Ameridose, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT S. TAYVINSKY and KATHRYN TAYVINSKY H/W, | CASE NO. 1:12-cv-07717-RMB-JS |
| Plaintiffs, | |
| v. | |
| NEW ENGLAND COMPOUNDING PHARMACY, INC., d/b/a NEW ENGLAND COMPOUNDING CENTER, et al., | **DEFENDANT AMERIDOSE, LLC'S CORPORATE DISCLOSURE STATEMENT** |
| Defendants | |

Defendant Ameridose, LLC, pursuant to Federal Rule of Civil Procedure 7.1, makes the following corporate disclosure:

Ameridose does not have any parent corporations and no publicly-held corporation owns 10% or more of Ameridose's stock.

Dated this 14th day of January, 2013.

/s/ Walter F. Timpone
Walter F. Timpone
Walter R. Krzastek
McElroy, Deutsch, Mulvaney & Carpenter, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
Phone:     973.425.8701
Fax:         973.425.0161
wtimpone@mdmc-law.com
wkrzastek@mdmc-law.com
*Attorneys for Defendant Ameridose, LLC*

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing has been filed with the Clerk of Courts on January 14, 2013 using the ECF system that sent notification of this filing to all ECF-registered counsel of record via e-mail generated by the Court's ECF system.

*/s/ Walter F. Timpone*
Walter F. Timpone
*Attorney for Defendant Ameridose, LLC*

1604120.1