UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT S. TAYVINSKY and KATHRYN TAYVINSKY,<br><br>　　　　Plaintiffs,<br><br>　　　v.<br><br>NEW ENGLAND COMPOUNDING PHARMACY, INC., d/b/a NEW ENGLAND COMPOUNDING CENTER; AMERIDOSE, LLC; ALAUNUS PHARMACEUTICAL, LLC; PREMIER ORTHOPAEDIC AND SPORTS MEDICINE ASSOCIATES OF SOUTHERN NEW JERSEY, LLC, also trading as PREMIER ORTHOPAEDIC ASSOCIATES; SOUTH JERSEY HEALTHCARE; SOUTH JERSEY REGIONAL MEDICAL CENTER; KIMBERLEY YVETTE SMITH, M.D., a/k/a KIMBERLEY YVETTE SMITH-MARTIN, M.D.; JOHN DOE(S) CORPORATIONS (1-4); and JOHN DOE(S) M.D. (1-3),<br><br>　　　　Defendants. | CIVIL ACTION<br>NO. 12-cv-07717-RMB-JS |

## NOTICE OF APPEARANCE

　　　Please enter the appearance of Michele Hunton of the law firm of Lawson & Weitzen, LLP, as counsel for defendant Alaunus Pharmaceutical, LLC.  I certify that I am an Attorney-at-Law admitted to practice before the New Jersey State Courts as well as the United States District Court for the District of New Jersey.

　　　　　　　　　　　　　　　　LAWSON & WEITZEN, LLP

　　　　　　　　　　　　　　　　*/s/ Michele Hunton*
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Michele Hunton
　　　　　　　　　　　　　　　　Lawson & Weitzen, LLP
　　　　　　　　　　　　　　　　88 Black Falcon Ave, Suite 345
　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　Tel: (617) 439-4990
　　　　　　　　　　　　　　　　mhunton@lawson-weitzen.com

## **CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on February 20, 2013 using the CM/ECF system which sent notification of this filing to all ECF registered counsel of record via e-mail generated by the Court's ECF system.

                                   */s/ Michele Hunton*

                                   Michele Hunton
                                   Lawson & Weitzen, LLP
                                   88 Black Falcon Ave, Suite 345
                                   Boston, MA 02110
                                   Tel: (617) 439-4990
                                   mhunton@lawson-weitzen.com